UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Sylvia U. Wallace-Anderson**         Case No.:    **16-32482-RG**

                                               Chapter:     **7**

                                               Judge:       **Rosemary Gambardella**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on October 24, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property: **66-64 North 11th Street, Newark, New Jersey**<br><br>**Current Market Value of Property: $200,000.00**<br>**Estimated Cost of Sale: $20,000.00** |
|---|

| Liens on property: **Quicken Loans – $270,933.00** |
|---|

| Amount of equity claimed as exempt: |
|---|

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                               Case No. 16-32482-RG
Sylvia U Wallace-Anderson                                            Chapter 7
          Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 2          Date Rcvd: Sep 12, 2017
                              Form ID: pdf905               Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
db             Sylvia U Wallace-Anderson,    6664 North 11 St.,    Newark, NJ 07107
516517730     +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516517731     +Borrowersfir,    1114 Lost Creek Boulevard,    Austin, TX 78746-6300
516517734    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Childrens Place/Citicorp Credit Services,
                 Attn: Citicorp Credit Services,    Po Box 20507,    Kansas City, MO 64195)
516517733     +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516517735     +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516517736     +Citibank/Sunoco,    Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
                 St Louis, MO 63179-0040
516517737     +Comenity Bank/Avenue,    Po Box 182125,    Columbus, OH 43218-2125
516517739     +Comenity Bank/Lane Bryant,    Po Box 182125,    Columbus, OH 43218-2125
516517738     +Comenity Bank/kingsi,    Po Box 182125,    Columbus, OH 43218-2125
516517740    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    Bankrupcty,    1 Dell Way,
                 Round Rock, TX 78682)
516517742     +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
516517744     +Lyons, Doughty, & Veldhaus, PC,    136 Gaither Drive, Ste 100,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
516517745      MCU/Municipal Credit Union,    Po Box 3205,    Church Street Station,    New York City, NY 10007
516517748      Selip & Stylianou LLP,    10 Forest Ave, Ste 300,    PO Box 914,    Paramus, NJ 07653-0914
516517756     +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV    PO Box 9475,
                 Minneapolis, MN 55440-9475
516719107      U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
516517757     +WFFNB/Bobs Discount Furniture,    Po Box 10438,    Des Moines, IA 50306-0438
516660686      Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines,   IA    50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2017 23:35:20     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2017 23:35:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
intp          +E-mail/Text: BNC@magtrustee.com Sep 12 2017 23:35:31     Marie-Ann Greenberg,
                 30 Two Bridges Road, Suite 330,    Fairfield, NJ 07004-1550
516517732     +E-mail/Text: bkr@cardworks.com Sep 12 2017 23:35:08     Cardworks/CW Nexus,   Pob 9201,
                 Old Bethpage, NY 11804-9001
516529804      E-mail/Text: mrdiscen@discover.com Sep 12 2017 23:35:10     Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH 43054-3025
516517741     +E-mail/Text: mrdiscen@discover.com Sep 12 2017 23:35:10     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516517743     +E-mail/Text: bankruptcydept@kinecta.org Sep 12 2017 23:35:27     Kinecta Fed Cu,   Po Box 10003,
                 Manhattan Beach, CA 90267-7503
516625502     +E-mail/Text: bankruptcydept@kinecta.org Sep 12 2017 23:35:27     Kinecta Federal Credit Union,
                 1440 Rosecrans Avenue,    PO Box 10003,   Manhattan Beach, CA 90267-7503
516595519      E-mail/Text: bkr@cardworks.com Sep 12 2017 23:35:08     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
516587531      E-mail/Text: bankruptcynotice@nymcu.org Sep 12 2017 23:35:24     MUNICIPAL CREDIT UNION,
                 22 CORTLANDT STREET, 24TH FL,    NEW YORK, NY 10007-3153
516517746     +E-mail/PDF: pa_dc_claims@navient.com Sep 12 2017 23:42:51     Navient,   Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
516548191      E-mail/PDF: pa_dc_litigation@navient.com Sep 12 2017 23:43:05
                 Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
516731325      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2017 23:43:08
                 Portfolio Recovery Associates, LLC,    c/o Juniper,   POB 41067,   Norfolk VA 23541
516731024      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2017 23:43:01
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
516581297      E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2017 23:35:18
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
516602663      E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2017 23:35:18
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
516562273     +E-mail/Text: bankruptcyteam@quickenloans.com Sep 12 2017 23:35:24     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
516517747     +E-mail/Text: bankruptcyteam@quickenloans.com Sep 12 2017 23:35:24     Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
516517749     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 23:43:06     Synchrony Bank/Amazon,
                 Po Box 965064,    Orlando, FL 32896-5064
516517750     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 23:43:07     Synchrony Bank/Lowes,
                 Po Box 965064,    Orlando, FL 32896-5064
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Sep 12, 2017
                              Form ID: pdf905          Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516517751       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 23:42:52      Synchrony Bank/Old Navy,
                 Po Box 965064,    Orlando, FL 32896-5064
516517752       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 23:42:59      Synchrony Bank/PayPal Cr,
                 Po Box 965064,    Orlando, FL 32896-5064
516517753       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 23:43:07      Synchrony Bank/Pep Boys,
                 Po Box 965064,    Orlando, FL 32896-5064
516517754       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 23:42:52      Synchrony Bank/Walmart,
                 Po Box 965064,    Orlando, FL 32896-5064
516517755       +E-mail/Text: bankruptcy@td.com Sep 12 2017 23:35:20       TD Bank,   1701 Route 70 East,
                 Cherry Hill, NJ 08003-2335
516723719       +E-mail/Text: bncmail@w-legal.com Sep 12 2017 23:35:21       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516595531*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:   Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2017 at the address(es) listed below:
```
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott J. Goldstein    on behalf of Debtor Sylvia U Wallace-Anderson sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
                                                                                             TOTAL: 4
```