**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sylvia U Wallace–Anderson<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6625<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–32482–RG | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sylvia U Wallace–Anderson
aka Sylvia U Wallace, aka Sylvia U Victor

9/15/17                                                         **By the court:**   Rosemary Gambardella
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
United States Bankruptcy Court
        District of New Jersey
In re:                                                             Case No. 16-32482-RG
Sylvia U Wallace-Anderson                                          Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2         Date Rcvd: Sep 15, 2017
                              Form ID: 318                Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2017.
db             Sylvia U Wallace-Anderson,    6664 North 11 St.,    Newark, NJ   07107
516517731     +Borrowersfir,    1114 Lost Creek Boulevard,    Austin, TX 78746-6300
516517735     +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
               Saint Louis, MO 63179-0040
516517736     +Citibank/Sunoco,    Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
               St Louis, MO 63179-0040
516517742     +Fed Loan Sevicing,    Po Box 69184,   Harrisburg, PA 17106-9184
516517744     +Lyons, Doughty, & Veldhaus, PC,    136 Gaither Drive, Ste 100,    PO Box 1269,
               Mount Laurel, NJ 08054-7269
516517745      MCU/Municipal Credit Union,    Po Box 3205,    Church Street Station,    New York City, NY 10007
516517748      Selip & Stylianou LLP,    10 Forest Ave, Ste 300,    PO Box 914,    Paramus, NJ 07653-0914
516719107      U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 23:00:29     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 23:00:25      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
intp          +E-mail/Text: BNC@magtrustee.com Sep 15 2017 23:01:19     Marie-Ann Greenberg,
               30 Two Bridges Road, Suite 330,   Fairfield, NJ 07004-1550
516517730     +EDI: TSYS2.COM Sep 15 2017 22:48:00     Barclays Bank Delaware,    Po Box 8801,
               Wilmington, DE 19899-8801
516517734      EDI: CITICORP.COM Sep 15 2017 22:43:00     Childrens Place/Citicorp Credit Services,
               Attn: Citicorp Credit Services,   Po Box 20507,    Kansas City, MO 64195
516517732     +EDI: MERRICKBANK.COM Sep 15 2017 22:43:00     Cardworks/CW Nexus,    Pob 9201,
               Old Bethpage, NY 11804-9001
516517733     +EDI: CHASE.COM Sep 15 2017 22:48:00     Chase Card,   Attn: Correspondence,    Po Box 15298,
               Wilmington, DE 19850-5298
516517737     +EDI: WFNNB.COM Sep 15 2017 22:48:00     Comenity Bank/Avenue,    Po Box 182125,
               Columbus, OH 43218-2125
516517739     +EDI: WFNNB.COM Sep 15 2017 22:48:00     Comenity Bank/Lane Bryant,    Po Box 182125,
               Columbus, OH 43218-2125
516517738     +EDI: WFNNB.COM Sep 15 2017 22:48:00     Comenity Bank/kingsi,    Po Box 182125,
               Columbus, OH 43218-2125
516517740      EDI: RCSDELL.COM Sep 15 2017 22:48:00     Dell Financial Services,    Bankrupcty,    1 Dell Way,
               Round Rock, TX 78682
516529804      EDI: DISCOVER.COM Sep 15 2017 22:43:00     Discover Bank,    Discover Products Inc,
               PO Box 3025,   New Albany, OH   43054-3025
516517741     +EDI: DISCOVER.COM Sep 15 2017 22:43:00     Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
516517743     +E-mail/Text: bankruptcydept@kinecta.org Sep 15 2017 23:01:06      Kinecta Fed Cu,    Po Box 10003,
               Manhattan Beach, CA 90267-7503
516625502     +E-mail/Text: bankruptcydept@kinecta.org Sep 15 2017 23:01:06      Kinecta Federal Credit Union,
               1440 Rosecrans Avenue,   PO Box 10003,   Manhattan Beach, CA 90267-7503
516595519      EDI: MERRICKBANK.COM Sep 15 2017 22:43:00     MERRICK BANK,    Resurgent Capital Services,
               PO Box 10368,   Greenville, SC 29603-0368
516587531      E-mail/Text: bankruptcynotice@nymcu.org Sep 15 2017 23:00:51     MUNICIPAL CREDIT UNION,
               22 CORTLANDT STREET, 24TH FL,   NEW YORK, NY 10007-3153
516517746     +EDI: NAVIENTFKASMSERV.COM Sep 15 2017 22:48:00     Navient,    Attn: Claims Dept,    Po Box 9500,
               Wilkes-Barr, PA 18773-9500
516548191      EDI: NAVIENTFKASMGUAR.COM Sep 15 2017 22:53:00     Navient Solutions, Inc. on behalf of,
               United Student Aid Funds, Inc.,   Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,
               Wilkes Barre, PA 18773-9430
516731325      EDI: PRA.COM Sep 15 2017 22:48:00     Portfolio Recovery Associates, LLC,    c/o Juniper,
               POB 41067,   Norfolk VA 23541
516731024      EDI: PRA.COM Sep 15 2017 22:48:00     Portfolio Recovery Associates, LLC,
               c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
516581297      EDI: Q3G.COM Sep 15 2017 22:53:00     Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,   Kirkland, WA   98083-0788
516602663      EDI: Q3G.COM Sep 15 2017 22:53:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,   Kirkland, WA   98083-0788
516562273     +E-mail/Text: bankruptcyteam@quickenloans.com Sep 15 2017 23:00:48      Quicken Loans Inc.,
               635 Woodward Avenue,   Detroit, MI 48226-3408
516517747     +E-mail/Text: bankruptcyteam@quickenloans.com Sep 15 2017 23:00:48      Quickn Loans,
               1050 Woodward Ave,   Detroit, MI 48226-1906
516517749     +EDI: RMSC.COM Sep 15 2017 22:43:00     Synchrony Bank/Amazon,    Po Box 965064,
               Orlando, FL 32896-5064
516517750     +EDI: RMSC.COM Sep 15 2017 22:43:00     Synchrony Bank/Lowes,    Po Box 965064,
               Orlando, FL 32896-5064
516517751     +EDI: RMSC.COM Sep 15 2017 22:43:00     Synchrony Bank/Old Navy,    Po Box 965064,
               Orlando, FL 32896-5064
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Sep 15, 2017
                              Form ID: 318               Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516517752      +EDI: RMSC.COM Sep 15 2017 22:43:00      Synchrony Bank/PayPal Cr,    Po Box 965064,
                 Orlando, FL 32896-5064
516517753      +EDI: RMSC.COM Sep 15 2017 22:43:00      Synchrony Bank/Pep Boys,    Po Box 965064,
                 Orlando, FL 32896-5064
516517754      +EDI: RMSC.COM Sep 15 2017 22:43:00      Synchrony Bank/Walmart,    Po Box 965064,
                 Orlando, FL 32896-5064
516517755      +EDI: TDBANKNORTH.COM Sep 15 2017 22:49:00       TD Bank,    1701 Route 70 East,
                 Cherry Hill, NJ 08003-2335
516723719      +E-mail/Text: bncmail@w-legal.com Sep 15 2017 23:00:37       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516517756      +EDI: WTRRNBANK.COM Sep 15 2017 22:48:00      Tnb-Visa (TV) / Target,
                 C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,    Minneapolis, MN 55440-9475
516517757      +EDI: WFFC.COM Sep 15 2017 22:48:00      WFFNB/Bobs Discount Furniture,     Po Box 10438,
                 Des Moines, IA 50306-0438
516660686       EDI: WFFC.COM Sep 15 2017 22:48:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                 Des Moines,    IA    50306-0438
                                                                                               TOTAL: 36

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516595531*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court:  Dell Financial Services, LLC,    Resurgent Capital Services,
                   PO Box 10390,   Greenville, SC 29603-0390)
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2017 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
                trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com, nj45@ecfcbis.com
              Denise E. Carlon   on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott J. Goldstein    on behalf of Debtor Sylvia U Wallace-Anderson sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
                                                                                             TOTAL: 4
```