Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  16−32482−RG
                    Chapter:  7
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sylvia U Wallace−Anderson
   aka Sylvia U Wallace, aka Sylvia U Victor
   6664 North 11 St.
   Newark, NJ 07107

Social Security No.:
   xxx−xx−6625

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 26, 2017</u>                  <u>Rosemary Gambardella</u>
                                              Judge, United States Bankruptcy Court